UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                        ) | Case No.: 2:19-cr-401-LCB-GMB-1 |
| ) | |
| DARIUS MONTERRO WILLIAMS ) | |

## ORDER

Defendant Darius Monterro Williams has been indicted under 21 U.S.C. § 841(a)(1), (b)(1)(D), and (b)(2) for knowingly possessing marijuana and alprazolam with intent to distribute; under 18 U.S.C. § 924(c)(1)(A)(i) for knowingly possessing a firearm in connection with a drug trafficking offense; and under 18 U.S.C. §§ 922(g)(1) and 924(e) for knowingly possessing a firearm as a convicted felon. (Docs. 1 & 20). Defendant has moved to suppress incriminating statements made during three conversations with law-enforcement officers allegedly taken in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966) (Doc. 13). In an amended motion, Defendant has also moved to suppress the evidentiary fruits of a search of his backpack allegedly conducted in violation of the Fourth Amendment (Doc. 38).

Both motions were referred to U.S. Magistrate Judge Gray M. Borden. After much briefing and three evidentiary hearings, the Magistrate Judge issued a Report and Recommendation in accordance with 28 U.S.C. § 636(b)(1) concluding that

Defendant's Motion to Suppress (Doc, 13) should be granted in part and denied in part, and that Defendant's Amended Motion to Suppress (Doc. 38) should be denied. Defendant has objected to the Magistrate Judge's Report and Recommendation. (Doc. 54).

When a party objects to a portion of a Magistrate Judge's report or proposed findings or recommendations, the District Court must conduct a de novo review of those portions of the report to which the party has specifically objected. 28 U.S.C. § 636(b)(1). The Court reviews the unchallenged portions of the Magistrate Judge's report for clear error. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988).

Having reviewed de novo the portions of the report to which Defendant specifically objected and the balance of the report for clear error,[1] the Court concludes that the Magistrate Judge's Report and Recommendation (Doc. 51) should be **ACCEPTED** and **ADOPTS** it as the findings and opinion of the Court.

Defendant's Motion to Suppress (Doc. 13) is therefore **GRANTED** to the extent that it seeks to suppress all incriminating statements other than Defendant's

---

[1] In conducting its review, the Court considered the entire record, including the Motion to Suppress (Doc. 13), the Government's response to the Motion to Suppress (Doc. 19); the transcript of the December 18th hearing (Doc. 31) and attendant exhibits (Docs. 25 & 26); the parties' supplemental briefing on Defendant's Motion to Suppress (Docs. 32 & 35); Defendant's Amended Motion to Suppress (Doc. 38); the Government's response to the Amended Motion to Suppress (Doc. 40); the Government's Motion to Supplement the Record (Doc. 44) and Defendant's Opposition to the Government's motion (Doc. 46); the transcript of and exhibit from the March 30th videophonic evidentiary hearing (Docs. 55 & 43); the transcript of and exhibit from the April 13th videophonic evidentiary hearing (Docs. 50 and 47); the Report and Recommendation (Doc. 51); Defendant's objections (Doc. 54); and the relevant authorities.

spontaneous admission that he "just got out of jail," and **DENIED** in all other respects; Defendant's Amended Motion to Suppress (Doc. 38) is **DENIED**; and Defendant's objections to the Report and Recommendation (Doc. 54) are **OVERRULED.**

    **DONE** and **ORDERED** this July 28, 2020.

                                              **LILES C. BURKE**
                                              UNITED STATES DISTRICT JUDGE